7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Louis E Smith and Brenda J Smith  
*Debtor*

*Bankruptcy Case No.*  
12−61284−abf7

**FIA Card Services, N.A.**  
   Plaintiff(s)

*Adversary Case No.*  
12−06058−abf

v.

**Louis E Smith**  
   Defendant(s)

## JUDGMENT

      The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: Judgment is hereby entered in favor of the Plaintiff, FIA Card Services, N.A., and against the Defendant, Louis E. Smith in accordance with the Stipulation regarding nondischargeability and payment plan between FIA Card Services, N.A. and Defendant Louis Smith. The non−discharged sum of $1,800.00 shall be paid as follows: the sum of $50.00 per month, commencing on or before January 1, 2013. The remaining payments shall be due on the same day of each month thereafter.

Ann Thompson  
Court Executive

By: /s/ Sharon Greene  
     Deputy Clerk



Date of issuance: 1/18/13

Court to serve